Opinion filed April 6, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed April 6, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00021-CV 

 

                                                    __________

 

                                     ARTHUR AGUILAR, Appellant

 

                                                             V.

 

                 LAMESA
INDEPENDENT SCHOOL DISTRICT, Appellee

 



 

                                         On
Appeal from the 106th District Court

 

                                                        Dawson
County, Texas

 

                                          Trial
Court Cause No. 05-01-17142-CV

 



 

                                             ME
M O R A N D U M   O P I N I O N

Arthur Aguilar sought an amended protective order
pursuant to Tex. R. Civ. P. 62
and 192.6(b).  The trial court denied
Aguilar=s request
in an order signed on January 25, 2006. 
Aguilar filed a notice of appeal. 
We dismiss.

Lamesa Independent School District has filed in
this court a motion to dismiss the appeal. 
Lamesa ISD contends that the January 25 order is not an appealable
order.  We agree and grant the motion.








The January 25 order is an interlocutory order
that is not subject to appeal at this time. 
See Tex. Civ. Prac. &
Rem. Code Ann. '
51.014 (Vernon Supp. 2005).  Therefore,
the appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

April 6, 2006

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.